

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:22-cr-00099
21 U.S.C. § 841(a)(1)

LARRY MEADOWS

## I N F O R M A T I O N

The United States Attorney Charges:

On or about September 21, 2021, at or near Shady Spring, Raleigh County, West Virginia, and within the Southern District of West Virginia, defendant LARRY MEADOWS knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

UNITED STATES OF AMERICA

WILLIAM S. THOMPSON
United States Attorney

By: _____
L. ALEXANDER HAMNER
Assistant United States Attorney